UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Jose Julian Hinojosa Maldonado | § | |
| | § | |
| *versus* | § | Civil Action 1:18−cv−00114 |
| | § | |
| Norma Limon, et al. | § | |

## Order Setting Initial Pretrial Conference

1. Counsel shall appear for an Initial Pretrial Conference:

   **October 2, 2018, at 01:30 PM**
   Before the Honorable Fernando Rodriguez, Jr.
   United States District Judge
   Third Floor-Courtroom No. 6
   United States Courthouse
   600 E. Harrison Street, #301
   Brownsville, Texas 78520

2. The Plaintiff(s) filing this suit, or the party removing this suit from state court, **SHALL SERVE THE OPPOSING PARTY OR PARTIES** with copies of this ORDER SETTING INITIAL PRETRIAL CONFERENCE.

3. The plaintiff must serve the defendant within 90 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. See Fed. R. Civ. P. 4(m).

4. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations as well as all known attorneys of record. When a group description is effective disclosure, an individual listing is not necessary. <u>Underline the names of corporations with publicly traded securities.</u> Counsel must promptly amend the list when parties are added or additional interested parties are identified.

5. By the Initial Pretrial Conference, counsel will have interviewed their clients and read all readily available relevant documents.

6. By the Initial Pretrial Conference, counsel must have discussed the possible effectiveness of Alternative Dispute Resolution with their clients and each other. At the Initial Pretrial Conference, the court will consider whether a method of Alternative Dispute Resolution is suited to this case.

7. At the Initial Pretrial Conference, the Court will enter a Scheduling Order and may rule on motions pending or made at the conference.

8. Failure to comply with this Order Setting Initial Pretrial Conference may result in sanctions, including dismissal of the action and assessment of expenses.

Fernando Rodriguez, Jr.
United States District Judge